**Order entered August 18, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00651-CV

## IN THE INTEREST OF R.M. AND R.M., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-52721-07**

## ORDER

In light of appellee's March 30, 2015 "motion to clarify, modify, correct, or reform judgment," we **DENY** his August 5, 2015 "motion to dismiss for untimely notice of appeal." *See* TEX. R. APP. P. 26.1(a)(2); *Ryland Enter., Inc. v. Weatherspoon*, 355 S.W.3d 664, 665-666 (Tex. 2011) (per curiam).


/s/    CRAIG STODDART
       JUSTICE